IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 3:21-CR-089-K |
| LARRY DERRANCE RANDLE | § § | |
| Defendant | | |

# MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Renee Harris Toliver for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be Sentenced to a term of two (2) months to be served as Home Confinement. The Defendant is restricted to his residence at all times except for employment, medical

appointments, attorney visits, and religious services.   Defendant must pay the balance of restitution owed by October 15, 2021.

SO ORDERED.

Signed October 19th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE